UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **OMNI EXCAVATORS, INC.** | * | |
| **Plaintiff**, | * | |
| v. | * | Case No.:  19-cv-02873 (APM) |
| **SELECTIVE INSURANCE COMPANY OF AMERICA** | * | Consolidated Under Civil Action: 19-cv-00371 (APM) |
| | * | |
| **Defendant**. | | |
| | * | |

**PRAECIPE – EXCUSE APPEARANCE AT SCHEDULING CONFERENCE**

COMES NOW, Omni Excavators, Inc. ("OMNI"), by and through its counsel, Robbins Law Group, PLLC, respectfully request to be excused from the Initial Scheduling Conference set for December 20, 2019 at 10:30am.

By Order dated November 13, 2019 [DKT 31] this matter was consolidated with three (3) other cases (19-cv-1054, 19-cv-02713, and 19-cv-00371).   Related thereto, on November 14, 2019 [DKT 14] the instant case was reassigned to Judge Amit P. Mehta.   The Initial Scheduling Conference, previously set for December 13, 2019, was reset for December 20, 2019 at 10:30am in courtroom 10 before Judge Mehta.

The undersigned counsel is not available on December 20, 2019.  Undersigned counsel will be out of the country between December 18 – 29, 2019.

The parties (all consolidated parties) have already met and conferred in compliance with Local Civil Rule 16.3 and related thereto, submitted a Proposed Scheduling Order [DKT 35]. Accordingly, rather than inconvenience the court and the Parties and seek a motion to reschedule

1

the Initial Scheduling Conference, the undersigned counsel seeks to excuse his appearance at the Initial Scheduling Conference.

Undersigned counsel has advised Judge Mehta's Chambers of the instant request and also advised all counsel.   There were no objections.   Omni Excavator's, Inc. waives any objection to the Rule 16.3 Statement [DKT 35] and consents to the proposed scheduling order.

Date:   December 12, 2019                                          **ROBBINS LAW GROUP, PLLC**

           /s/ Seth A. Robbins
Seth A. Robbins, (D.C. Bar No.: 471812)
Robbins Law Group, PLLC
1100 North Glebe Road
Suite 1010
Arlington, VA 22201
Tel.: (703) 224-4436
Fax: (202) 836-9840
Email: srobbins@robbins-lawgroup.com
*Counsel for Omni Excavators, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 12, 2019, the foregoing Praecipe was electronically field with the Clerk of the Court using the CM/ECF system, which will provide notice of such filing to all counsel of record, including:

David D. Gilliss, Esq.
Patrick J. Madigan, Esq.
Joel P. Williams, Esq.
Pike & Gilliss, LLC
600 Washington Avenue, Suite 303
Towson, Maryland 21204
*Counsel for Selective Insurance Company of America*

Todd M. Garland, Esq.
Smith Pacher McWorter, PLC
800 Towers Cresent Drive
Suite 900

Vienna, VA 22181
*Counsel for Mosely Construction Group, Inc.*

Matthew G. Hjortsberg, Esq.
Bowie & Jensen, LLC
210 W. Pennsylvania Avenue
Suite 400
Towson, MD 21204
*Counsel for First Choice Masonry, Inc.*

Adam C. Harrison
Jeremy C.B. Wyatt, Esq.
Harrison Law Group
40 W. Chesapeake Ave.
Suite 600
Towson, MD 21204
*Counsel for Rich Moe Enterprises, LLC*
*Counsel for Hudson Insurance Company*

Erin L. Webb, Esq.
The Pels Law Firm, LLC
4845 Rugby Avenue
Third Floor
Bethesda, MD 20814
*Counsel for Alisa Moseley*

                                        _____/s/ Seth A. Robbins_____